# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHENTILL BEARD,
                    Appellant,
            vs.
PRESTON P. REZAEE, ESQ.; AND THE
FIRM, P.C.,
                    Respondents.

No. 80597

FILED

MAY 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment on arbitration award. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The judgment on arbitration award was entered in the district court on August 6, 2018, and notice of entry of that order was served on August 21, 2018. Appellant did not file the notice of appeal in the district court until February 11, 2020, well past the 30-day appeal period provided by NRAP 4(a)(1). This court lacks jurisdiction over an untimely appeal. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987). Moreover, appellant previously prosecuted an appeal from the judgment on arbitration award. *See Beard v. Rezaee*, Docket No. 76861-COA (Order of Affirmance, August 29, 2019). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-17465

cc: Hon. Joanna Kishner, District Judge
Chentill Beard
Law Office of David Sampson
Eighth District Court Clerk